JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VAL HOPKINS, | ) |
| Plaintiff, | ) Case No. EDCV 15-02423 AJW |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) J U D G M E N T |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

March 6, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge